IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI S. K. YOUNG,<br><br>      Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>      Defendants. | No. C 10-4278 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time in which to file his amended complaint.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his amended complaint, **on or before January 10, 2011**.

IT IS SO ORDERED.

DATED: 12/29/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File An Amended Complaint
P:\PRO-SE\SJ.LHK\CR.10\Young278eot-ac.wpd