IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SPEDDING, ) | No. C 10-4278  LHK (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING |
| ) | PLAINTIFF'S REQUEST FOR |
| v. ) | EXTENSION OF TIME TO PAY |
| ) | FILING FEE AS MOOT |
| RANDY GROUNDS, Warden ) | |
| ) | |
| Respondent, ) | |
| _____ ) | (Docket No. 4) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's request for an extension of time to pay the requisite filing fee in this case.

On January 21, 2011, the Court received Petitioner's filing fee. *See* docket no. 6. Petitioner's motion for extension of time to pay his filing fee is DENIED as moot.

This order terminates docket no. 4.

IT IS SO ORDERED.

DATED:  2/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Request for Extension of Time to Pay Filing Fee as Moot
P:\PRO-SE\SJ.LHK\HC.11\Spedding041EOT-FilingFee.wpd